UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| IN RE: | ) | Case Nos.: | CR113-220, A. Tagui, et al. |
|---|---|---|---|
| | ) | | CR113-260, J. C. Dashillas |
| LEAVE OF ABSENCE REQUEST | ) | | CR114-030, J. Weaver, et al. |
| PATRICIA G. RHODES | ) | | CR114-041, M. L. Hamilton, et al. |
| September 24, 2014 | ) | | CR114-043, A. L. Ingram |
| | ) | | CR114-064, A. F. Temples, III |
| | ) | | CR114-066, P. E. Hallman |
| | ) | | CR114-067, D. R. Jeffers |
| | ) | | CR114-094, C. Oliver |
| | ) | | CR114-095, M. L. Hamilton |
| | ) | | CR114-096, J. G. Ramos |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for September 24, 2014, to Instruct In-Service Training for Richmond County Sheriff's Office, the same is hereby GRANTED.

This _____ day of September, 2014.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA